19th JDC - Certified

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUANA I. RIOS | CIVIL ACTION |
| VERSUS | |
| THE MALL OF LOUISIANA, ET AL. | NO.: 3:13-cv-00740-BAJ-RLB |

## RULING AND ORDER

Before the Court is Defendants' **MOTION FOR VOLUNTARY REMAND (Doc. 13)**, requesting that the Court "remand [this] case back to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana," (*id.* at p. 1). The Magistrate Judge has issued a **REPORT (Doc. 14)**, recommending that the Court grant Defendants' Motion, (*id.* at p. 4). Plaintiff does not oppose Defendants' request.

Having carefully considered Defendants' **MOTION (Doc. 13)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 14)** and the recommendation contained therein, and **ADOPTS** it as the Court's opinion.

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 14),

**IT IS ORDERED** that Defendants' **MOTION FOR VOLUNTARY REMAND (Doc. 13)** is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 28th day of May, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**